IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT

2011 MAY 12 PM 3: 28

KAY WOODS
U.S. BANKRUPTCY JUDGE NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN Re:                          )      KAY WOODS
                                )      U.S. BANKRUPTCY JUDGE
MARK WHITE                      )
JENNIFER WHITE                  )
                                )
                Debtors         )      CH 13 Case No. 09-40787
                                )
                                )      **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1.      Ninety days have passed since Final Distribution was made in this case. A stop

payment has been issued on all checks remaining unpaid.  The name of the persons to

whom such unnegotiated check was issued, the amount of such check and  its last known

address is:

> MARK WHITE
> JENNIFER WHITE
> 8446 STATE RD.
> KINSMAN, OH 44428

$5.01

**TOTAL:**              **$5.01**

2.      A check in the amount of $77.55, payable to the Clerk of the United States

Bankruptcy Court is attached to this report and list and includes remittance of the above

funds.

3.      Nothing further remains to be done in this case.

DATED this __12th__ day of May, 2011.

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re:                         )     KAY WOODS
                               )     U.S. BANKRUPTCY JUDGE
MARK WHITE                     )
JENNIFER WHITE                 )
                               )
              Debtors          )     CH 13 Case No. 09-40787
                               )
                               )

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED

FUNDS was sent this ___12th___ day of May, 2011, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: _Jennifer Buchmann_
    Jennifer Buchmann - Assistant

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR:523237
VOUCHER FOR CHECK: 880848
DATED:      2011/04/22

Page  1 OF  1

| NAME OF CREDITOR | CASE | CLM# | CLS# | CRE F | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK | | PAID TO DATE | | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PRINCIPAL | INTEREST | PRINCIPAL | INTEREST | PRINC + INT |
| CLERK OF THE U.S. BANKRUPTCY C | 0584467 | 926 | 6 | 52 | LOGAN, BRUCE M | UNCLAIMED FUNDS | 1.04 | 0.00 | 1.04 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640091 | 926 | 6 | 10 | LOGAN, CAROL L  ELKO, ROBERT J | UNCLAIMED FUNDS | 6.31 | 0.00 | 6.31 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0642050 | 926 | 6 | 17 | HANNON, SHAWN M | UNCLAIMED FUNDS | 65.19 | 0.00 | 65.19 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0940787 | 926 | 6 | 55 | WHITE, MARK  WHITE, JENNIFER | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 | 0.00 |

| #ITEMS | PRINCIPAL | INTEREST |
|---|---|---|
| 4 | 77.55 | 0.00 |

CURRENT CHECK